**Joanne Marie GAMM, Appellant,**

v.

**Jimmy Lee STEPHENS, Respondent.**

**No. WD 50286.**

Missouri Court of Appeals, Western District.

Sept. 5, 1995.

Dennis J.C. Owens, Kansas City, for appellant.

John R. Sanderford, Kansas City, for respondent.

Before SPINDEN, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Joanne Marie Gamm appeals the circuit court's awarding her former husband, Jimmy Lee Stephens, primary physical custody of their two minor sons. We affirm. Discerning no jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).